IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | : | | |
|    Debbie Edwards | : | Case No.: | 18-14646JKF |
| | : | | |
| Debtor(s) | : | Chapter | 13 |

## CERTIFICATE OF NO RESPONSE TO MOTION TO EXTEND THE AUTOMATIC STAY

    I, Brad J. Sadek, Esquire, hereby certify that no answer, objection, or other responsive pleading or request for hearing has been filed within the time allowed by law pertaining to the Motion to Extend the Automatic Stay.

Dated: August 7, 2018

    /s/Brad J. Sadek, Esquire

    Sadek & Cooper Law Offices, LLC
    1315 Walnut Street, #302
    Philadelphia, PA 19107
    215-545-0008