UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Debbie Edwards | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-14646 JKF |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)

AND NOW, this __8th__ day of __August__, 2018 upon consideration of the Motion of Debbie Edwards for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued ~~indefinitely~~ as to all creditors; for the duration of the case.

~~FURTHER ORDERED~~:

_____
Judge Jean K. FitzSimon