United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debbie Edwards  
     Debtor  

Case No. 18-14646-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 08, 2018  
                      Form ID: pdf900     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.

```
db             +Debbie Edwards,    2824 Walnut Hill Street,    Philadelphia, PA 19152-1503
14164920       +Acima Credit Fka Simpl,    9815 Monroe Street,    4th Floor,    Sandy, UT 84070-4296
14164923       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14164924       +Midland Mortgage Company,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
14164925       +Nazareth Hospital,    PO Box 824269,    Philadelphia, PA 19182-4269
14164926        PECO,    P.O. Box 37629,    Prospect Park, PA 19076
14164927       +Pennsylvania Department of Revenue,    110 N 8th St Ste 204b,    Philadelphia, PA 19107-2412
14164928       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14164930      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
14166978       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Aug 09 2018 01:53:44    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2018 01:53:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2018 01:53:42    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14164921        E-mail/Text: megan.harper@phila.gov Aug 09 2018 01:53:44    City of Philadelphia,    Tax Unit,
                 Law Department,    1401 John. F Kennedy BLVD., 5th Floor,    Philadelphia, PA 19102
14164922       +E-mail/Text: cio.bncmail@irs.gov Aug 09 2018 01:53:23    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14164929        Planet Home Lending, LLC,    321 Research Parkway, Suite 303
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:

```
          BRAD J. SADEK     on behalf of Debtor Debbie Edwards brad@sadeklaw.com,    bradsadek@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Debbie Edwards | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-14646 JKF |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)

AND NOW, this __8th__ day of __August__, 2018 upon consideration of the Motion of Debbie Edwards for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued ~~indefinitely~~ as to all creditors; for the duration of the case.

~~FURTHER ORDERED~~:

_____
Judge Jean K. FitzSimon