Certificate Number: 03088-PAE-DE-031528837

Bankruptcy Case Number: 18-14646



03088-PAE-DE-031528837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 25, 2018</u>, at <u>1:15</u> o'clock <u>AM CDT</u>, <u>Debbie Edwards</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>August 27, 2018</u>           By:    <u>/s/David Nungesser for Lorenza Rodriguez</u>

Name:  <u>Lorenza Rodriguez</u>

Title:   <u>Counselor</u>