UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>Debbie Edwards<br><br>　　　DEBTORS. | CHAPTER 13<br><br>CASE NO.: **18-14646-jkf** |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Interstate TD Investments, LLC ("Interstate"), secured creditor to the above entitled Debtor by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Michael J. Shavel, Esquire
> Hill Wallack LLP
> 777 Township Line Road, Suite 250
> Yardley, PA 19067
> Telephone: (215)579-7700
> Facsimile: (215)579-9248
> Email: mshavel@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Interstate's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any

matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Interstate is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 2, 2018                    Hill Wallack LLP

By: */s/ Michael J. Shavel*
Michael J. Shavel, Esquire
777 Township Line Rd, Suite 250
Yardley, PA 19067
Telephone: (215)579-7700
Facsimile: (215)579-9248
Email: mshavel@hillwallack.com

Counsel to Interstate TD Investments, LLC

{Y1043586; 1}