IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Debbie Edwards | : |
| | : |
| | :     Case No.: 18-14646JKF |
| | : |
| Debtor(s) | :     Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 23.

Dated: November 27, 2018          /s/ Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　Sadek and Cooper
　　　　　　　　　　　　　　　　　"The Philadelphia Building"
　　　　　　　　　　　　　　　　　1315 Walnut Street, #502
　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　215-545-0008