# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Debbie Edwards** | CASE NO.: 18-14646-jkf |
| DEBTOR. | RELATED DOCUMENT: 27 |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 13 PLAN

An Objection to Confirmation of the Debtor's Amended Chapter 13 Plan having been filed in this action by Interstate TD Investments, LLC ("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Objection to Confirmation of the Debtor's Chapter 13 Plan without prejudice.

                HILL WALLACK, LLP

                By: */s/ Michael J. Shavel*
                Michael J. Shavel, Esq., Attorney ID 60554
                Hill Wallack, LLP
                777 Township Line Road, Suite 250
                Yardley, PA 19067
                Tel. 215-579-7700
                mshavel@hillwallack.com

Dated: January 15, 2019

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Debbie Edwards** | CASE NO.: 18-14646-jkf |
| DEBTOR. | RELATED DOCUMENT: 27 |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 13 PLAN**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Praecipe to Withdraw Objection to Confirmation of the Debtor's Amended Chapter 13 Plan, on the parties at the addresses shown below or on the attached list on January 15, 2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by Electronic Notification**
Brad J. Sadek, Esquire
1315 Walnut Street,
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com

Office Of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa 19107
Ustpregion03.Pi.Ecf@Usdoj.Gov

William C. Miller, Esquire, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
wcmiller@ramapo.com

**Service by First Class Mail**
Debbie Edwards
2824 Walnut Hill Street
Philadelphia, PA 19152

Respectfully submitted,

By: */s/ Michael J. Shavel*
Michael J. Shavel, Esq., Attorney ID 60554
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Tel. 215-579-7700
mshavel@hillwallack.com

{Y1103345; 1}2

474855-1