UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Debbie Edwards | : | |
| | : | |
| | : | |
| | : | Case No. 18-14646JKF |
| | : | |
| Debtor(s) | : | Chapter 13 |

## Addendum to Chapter 13 Plan

By way of clarification of the Amended Plan:

Debtor shall treat Secured Proof of Claim Number 12 directly with the creditor, and outside of the Bankruptcy Plan.

Date: 3/13/2019                                                                                      /s/ Brad J. Sadek, Esq.
                                                                                                                 1315 Walnut Street
                                                                                                                 #502 Philadelphia,
                                                                                                                 PA 19107